1   Rebecca S. Engrav, admitted *pro hac vice*
2   REngrav@perkinscoie.com
    PERKINS COIE LLP
3   1201 Third Avenue, Suite 4900
4   Seattle, WA 98101-3099
    Telephone:  206.359.6168
5   Facsimile:  206.359.7168

6
    Alisha C. Burgin, Bar. No. 286269
7   ABurgin@perkinscoie.com
    PERKINS COIE LLP
8   1888 Century Park East, Suite 1700
9   Los Angeles, CA 90067-1721
    Telephone:  310.788.9900
10  Facsimile:  310.788.3399

11
    Attorneys for Defendant
12  DWANGO CO., LTD.

13

14
                    UNITED STATES DISTRICT COURT
15
                  CENTRAL DISTRICT OF CALIFORNIA
16

17

18  AKIKO KIJIMOTO,                      | Case No.:2:17-cv-6448-BRO-(MRWx)

19                     Plaintiff,        | **DEFENDANT DWANGO CO.,**
                                         | **LTD.'S NOTICE OF MOTION:**
20         v.                            | **MOTION TO DISMISS, OR IN**
                                         | **THE ALTERNATIVE, FOR MORE**
21  DWANGO CO., LTD.,                    | **DEFINITE STATEMENT,**
                                         | **PURSUANT TO FED. R. CIV. P.**
22                     Defendant.        | **12(b) AND 12(e)**

23

24                                       | Date:   October 16, 2017
                                         | Time:   1:30 p.m.
25                                       | Place:  Courtroom 7C
26                                       | Judge:  Hon. Beverly Reid O'Connell

27

28

---

1   **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2   **PLEASE TAKE NOTICE** that on October 16, 2017, at 1:30 p.m., or as

3   soon as the matter may be heard in Courtroom 7C of the United States District

4   Court for the Central District of California, located at the First Street Federal

5   Courthouse, 350 West First Street, Los Angeles, California 90012, Defendant

6   Dwango Co., Ltd. will and hereby does move the Court pursuant to Rules 12(b)

7   and 12(e) of the Federal Rules of Civil Procedure for an Order dismissing all

8   claims asserted in the complaint by Plaintiff Akiko Kijimoto, or in the alternative,

9   ordering Plaintiff to provide a more definite statement.

10   This motion is based on this notice of motion and motion, the concurrently

11   filed memorandum of points and authorities, the declaration of Hironari Date and

12   exhibits thereto, all pleadings and papers on file in this action, and such other and

13   further matters as the Court may consider.

14   For several reasons, the parties were unable to conduct an ordinary

15   conference of counsel pursuant to L.R. 7-3.  First, Dwango sought additional time

16   (via unopposed ex parte application filed September 1, 2017) to prepare this

17   motion, and it would have used that time in part to attempt to confer with Plaintiff.

18   Because Dwango did not receive a ruling on its ex parte application before its

19   deadline to respond to the complaint, it is filing the motion today to preserve its

20   rights.  Second, Plaintiff resides in Japan and thus is 16 hours ahead of Dwango's

21   U.S. counsel.  Third, Plaintiff speaks and writes more comfortably in Japanese,

22   whereas Dwango's U.S. counsel is not fluent in Japanese.  The result of these

23   second and third factors is that any communication with Plaintiff must be done by

24   email rather than by phone and requires additional time to allow for translation.

25   Therefore, it was impossible to meaningfully confer about the motion to dismiss in

26   the time remaining when it became apparent Dwango would not receive an order

27   on its ex parte application before the deadline to respond to the complaint.  That

28   said, Counsel and Dwango have recently exchanged several emails with Plaintiff

-2-

1   about, among other topics, the substance of the case, and it is clear that Plaintiff

2   wants the case to go forward and would not agree to dismiss it, so even if the

3   parties had been able to meet and confer more formally, it would have been

4   necessary to file the motion.

5

6   DATED:  September 7, 2017             **PERKINS COIE LLP**

7

8                                         By: /s/ *Alisha C. Burgin*

9                                            Alisha C. Burgin, Bar No. 286269
10                                           ABurgin@perkinscoie.com

11
                                            Rebecca S. Engrav, admitted *pro hac vice*
12                                           REngrav@perkinscoie.com

13
                                         Attorneys for Defendant
14                                        DWANGO CO., LTD.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-