1 | Rebecca S. Engrav, admitted *pro hac vice*
2 | REngrav@perkinscoie.com
  | PERKINS COIE LLP
3 | 1201 Third Avenue, Suite 4900
4 | Seattle, WA 98101-3099
  | Telephone: 206.359.6168
5 | Facsimile: 206.359.7168

6
7 | Alisha C. Burgin, Bar. No. 286269
  | ABurgin@perkinscoie.com
8 | PERKINS COIE LLP
  | 1888 Century Park East, Suite 1700
9 | Los Angeles, CA 90067-1721
10| Telephone: 310.788.9900
  | Facsimile: 310.788.3399

12| Attorneys for Defendant
  | DWANGO CO., LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIKO KIJIMOTO, <br><br> Plaintiff, <br><br> v. <br><br> DWANGO CO., LTD., <br><br> Defendant. | Case No.:2:17-cv-6448-BRO-(MRWx) <br><br> **DECLARATION OF HIRONARI DATE IN SUPPORT OF DEFENDANT DWANGO CO., LTD.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT** <br><br> Date: October 16, 2017 <br> Time: 1:30 p.m. <br> Place: Courtroom 7C <br> Judge: Hon. Beverly Reid O'Connell |

Case No. 2:17-cv-06448-BRO(MRWx)

**DATE DECL. ISO MOT. TO DISMISS OR FOR MORE DEFINITE STATEMENT**

I, Hironari Date, declare as follows:

1. I am the General Manager, Legal Affairs Department, Business Support Head Office, at Dwango Co., Ltd. I am over the age of 18. I am fluent in the Japanese language and have some limited (non-fluent) knowledge of the English language. This declaration was translated to me orally in Japanese by a person fluent in both English and Japanese before I signed it. Unless otherwise stated, I have personal knowledge of the facts stated herein, and if called as a witness I would competently testify thereto.

2. Dwango received a copy of the complaint in this action via mail on August 2, 2017. Specifically, Dwango received an envelope addressed to Dwango via Japan Post, simplified registered mail. It was sent from another address in Japan, on August 1, 2017. True and correct copies of the exterior of the mailing envelope in which the complaint was enclosed are attached as **Exhibit A.** The date is shown on the postage stamp in the top left corner of the document, and a barcode sticker with tracking information is at the bottom left corner of the document. Attached as **Exhibit B** is a true and correct copy of a Japan Post tracking document, showing that the mailing associated with the tracking sticker in Exhibit A was dispatched from an address in Tokyo, Japan, to another address in Tokyo, Japan. Dwango has received no information from Plaintiff indicating she obtained any court's approval of this attempted method of service.

3. Dwango is incorporated under the laws of Japan, with its principal place of business in Tokyo, Japan. Dwango has no presence in California or the United States of America. Neither it nor its subsidiaries are registered to do business in California or the United States.

4. The officers, directors, and employees of Dwango conduct business primarily in Japanese, and business records are similarly written in Japanese. It would be very inconvenient for Dwango to litigate this matter in the Central District of California.

5.  Dwango is a Japanese telecommunications and media company. It operates a popular Japanese video-sharing site, Niconico, formerly known as Nico Nico Douga, located at http://www.nicovideo.jp/. The site enables users to upload videos and comment on each other's videos. The nature of the internet necessarily means the website is available around the world, but the site is directed primarily toward Japanese audiences, as indicated by the ".jp" in the domain.

6.  The terms of service for www.nicivideo.jp can be found at https://account.nicovideo.jp/rules/account, and a true and correct copy of these terms as of the date of this declaration is attached hereto as **Exhibit C**.

7.  Plaintiff resides in Japan. Attached as **Exhibit D** is a copy of a Japanese residence registration for Akiko Kijimoto, with a translation to English prepared for the Court. It states that her residence address is in Japan.

8.  Dwango has reviewed its user information, and the user "high_note" is based in and posts from a location in Japan.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed at Tokyo, Japan, on September 7, 2017 (Pacific time)/September 8, 2017 (Japan time).

By: _____
Hironari Date